UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGANN KATHLEEN SEVEC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19 C 7278 |
| v. | ) | |
| | ) | Judge Norgle |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
jonathan.haile@usdoj.gov

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Of Counsel:

KATHRYN CALDWELL
Regional Chief Counsel
Social Security Administration

JOHN CHADWICK
Assistant Regional Counsel
Office of the Regional Chief Counsel
200 West Adams Street, Suite 3000
Chicago, Illinois 60606

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**Attorney Designation**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on November 20, 2019, to the following:

> Georgann Sevec
> 5 North Broadway
> Apt. A
> Joliet, IL 60435

> s/ Jonathan C. Haile
> JONATHAN C. HAILE
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 886-2055
> jonathan.haile@usdoj.gov