IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Georgann Kathleen Sevec,

Plaintiff(s),

v.

KILOLO KIJAKAZI, Commissioner of Social Security,

Defendant(s).

Case No. 19CV7278
Judge Young B. Kim

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) KILOLO KIJAKAZI, Commissioner of Social Security
and against plaintiff(s) Georgann Kathleen Sevec

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Young B. Kim on a motion for summary judgment.


Date:  1/20/2022                                Thomas G. Bruton, Clerk of Court

                                                E. Caswick  , Deputy Clerk